CAUSE NUMBER:_____

| | | |
|---|---|---|
| NORA SOTO GUTIERREZ,<br>PLAINTIFF | § § § § § § § § | IN THE UNITED STATES<br><br>DISTRICT COURT<br><br>HOUSTON DIVISION |
| V. | | |
| SUSAN EISNER HIATT,<br>SYLVIA R. GARCIA &<br>PATRICE BARRON,<br>   DEFENDANTS | | |

## PLAINTIFF's ORIGINAL PETITION

### TO THE CLERK OF THE COURT:

**COMES NOW PLAINTIFF NORA SOTO GUTIERREZ,** and files this, her Original Petition to preserve her rights in accordance with Title 18 of the U.S. Code, Sections 1961-1968, commonly known as the RICO Act of 1970 and its amended version of 1984.

Plaintiff Gutierrez is filing this action against the named Defendants for actions which she deems to have been in violation of the RICO Act and which are outlined in Section 1961, 1962 and 1964 of said Act; and that such actions were conducted within the scope of Cause Number 2002-12013 which began in the 164th Judicial District Court of Harris County, Texas; were moved to and presided over in the 113th Judicial District Court of Texas; the 2nd Administrative Judicial Region of Harris County, Texas and the case and related actions, which Plaintiff deems to have been in violation of the RICO Act continued as the case made its way and went through the 1st Court of Appeals in Houston, was re-routed to the 4th Court of Appeals in San Antonio (by the Texas Supreme Court).

Respectfully submitted,

*[signature]*
Nora Soto Gutierrez
*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

This is to certify that service upon Defendants named in this petition will be carried out in accordance with the electronic filing service method or conventional service method as determined by the Clerk of the Court per the administrative rules of service on the U.S. District Court website.

_____
**NORA SOTO GUTIERREZ**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JAN 10 2007

MICHAEL N. MILBY, CLERK OF COURT

**NORA SOTO GUTIERREZ**
**5030 Kasper Street**
**Corpus Christi, Texas 78415**
**(361)851-0156**
e-mail: ngharrah@yahoo.com

January 6th, 2007

**(Via U.S. Certified Mail, RRR#7005.3110.0000.1181.7902)**

Clerk of the Court
United States District Court/Houston Division
P.O. Box 61010
515 Rusk Street
Houston, Texas 77208

Dear Sir/Madam:

Please accept the attached petition for filing and the check for $250 which I have attached to cover the filing fee.

I understand that as of January 1st, 2007, electronic filing of petitions, pleadings, etc. has become mandatory. However, since I am not a licensed attorney and am not eligible to take the mandatory course required for attorneys to take in order to obtain an electronic filing ID and password, I am having to resort to using the conventional method of filing.

Based on the information included on your website concerning civil administrative filing procedures, I understand that you will be taking my petition—and taking the necessary steps (such as electronic imaging or scanning) so that my materials can be assimilated into your newly-implemented electronic filing system.

If I had been afforded access to your electronic filing system, these documents would have been filed today (Saturday, January 6th, 2007); but since I am not eligible for filing through your electronic system, January 6th, 2007 should still be considered as my filing date since I will be turning my materials in to the clerk at the local U.S. post office today.

(To Page 2...)

Clerk of Court
United States District Court
January 6th, 2007
Page 2

Also—based on the information in the administrative filing procedures on your website, I understand that once that a case number has been assigned to the attached petition, that you will be notifying the defendants (all licensed attorneys) about this filing and *if they are not registered with your electronic filing system, that you will notify me concerning utilizing alternate methods of service.*

Thank you for your time and attention.

Sincerely,

Nora Soto Gutierrez
*Plaintiff Pro Se*
5030 Kasper Street
Corpus Christi, Texas 78415
(361)851-0156


NG/s

Attachments: RICO Petition
& Check #1002 in the amount of $250
to cover filing fee

**NORA SOTO GUTIERREZ**
**5030 KASPER STREET**
**CORPUS CHRISTI, TEXAS 78415**
(361)851-0156
e-mail: ngharrah@yahoo.com

January 6th, 2007

Clerk of the Court
United States District Court
Houston Division
P.O. Box 61010
515 Rusk Street
Houston, Texas 77208

**(Via U.S. Certified Mail, RRR#7005.3110.0000.1181.7865)**

Dear Sir/Madam:

Earlier today, I mailed you documents relating to an Original Petition that I was filing—and inadvertently mailed in a copy of the Petition rather than the Original. I sent the other document using U.S. Certified Mail, RRR#7005.3110.0000.1181.7902.

When I got back home, I realized that I had left the original in the copier and had indeed mailed you a copy.

So I am now sending the original to you and it is attached herewith.

Please be so kind as to add it to the file in which the documents that I mailed to you via U.S. Certified Mail RRR#7005.3110.0000.1181.7902.

Thank you for your time and attention.

Sincerely,

Nora Soto Gutierrez
*Plaintiff Pro Se*

Attachment: Plaintiff's **Original** Petition

Nora Gutierrez
5030 Kasper Street
Corpus Christi, TX 78415

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JAN 10 2007
MICHAEL N. MILBY, CLERK OF COURT



7005 3110 0000 1181 7865



0000
77208

U.S. POSTAGE
PAID
CORPUS CHRISTI, TX
78415
JAN 06, 07
AMOUNT
$4.64
00041653-07

Clerk of the Court
United States District Court
Houston Division
P.O. Box 61010
515 Rusk Street
Houston, TX 77208