CAUSE NO. H-07-0171

| | | |
|---|---|---|
| NORA SOTO GUTIERREZ, <br>     PLAINTIFF | § § § § | IN THE UNITED STATES |
| v. | § § | DISTRICT COURT |
| SUSAN EISENER HIATT, <br> SYLVIA R. GARCIA and <br> PATRICE BARRON, <br>     DEFENDANTS | § § § § § | HOUSTON DIVISION |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 3 0 2007

MICHAEL N. MILBY, CLERK OF COURT

### DEFENDANT, PATRICE BARRON'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Patrice Barron provides the following answer.

1.    Defendant denies the allegations in Paragraph 1 of Plaintiff's Complaint.

2.    Defendant denies the allegations in Paragraph 2 of Plaintiff's Complaint.

3.    Defendant denies all other allegations in Plaintiff's Complaint.

### AFFIRMATIVE DEFENSES

1.    Plaintiff's claims are barred by collateral estoppel.

2.    Plaintiff's claims are barred by res judicata.

3.    Plaintiff's claims are barred by waiver.

4.    Plaintiff's claims are barred by estoppel.

5.    Plaintiff's claims are barred by the applicable statute of limitations.

6.    Plaintiff's Complaint fails to state a cause of action and should be dismissed pursuant to Rule (12(b)(6).

HOUSTON: 960000.40000: 1173446v1

WHEREFORE PREMISES CONSIDERED, Defendant prays that this Court enter judgment in her favor and for such other and further relief to which she may be entitled.

Respectfully submitted,

Craig L. Weinstock
State Bar No. 21097300
Southern District of Texas No. 4424
3400 JPMorgan Chase Tower
600 Travis
Houston, Texas  77002
(713) 226-1200
(713) 223-3717 (Facsimile)

ATTORNEY FOR DEFENDANT,
PATRICE BARRON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant, Patrice Barron's Answer to Plaintiff's Original Petition was served this **30th** day of April, 2007 to all known parties of record:

**VIA E-MAIL and CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Nora Soto Gutierrez
5030 Kasper Street
Corpus Christi, Texas  78415
ngharrah@yahoo.com

7100 2039 1541 0009 6310

_____
Craig L. Weinstock

*By permission Bret Bunt
#00746198

# LOCKE LIDDELL & SAPP LLP

ATTORNEYS & COUNSELORS

3400 JPMORGAN CHASE TOWER
600 TRAVIS STREET
HOUSTON, TEXAS 77002-3095

AUSTIN • DALLAS • HOUSTON • NEW ORLEANS • WASHINGTON, D.C.

(713) 226-1200
Fax: (713) 223-3717
www.lockeliddell.com

Direct Number: (713) 226-1320
email: cweinstock@lockeliddell.com

April 30, 2007

**UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED**

**APR 3 0 2007**

Michael H. Milby, Clerk
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**MICHAEL N. MILBY, CLERK OF COURT**

Re:   Cause No. H-07-0171; Nora Soto Gutierrez v. Susan Eisener Hiatt, Sylvia R. Garcia and Patrice Barron; In the United States District Court, Houston Division

Dear Mr. Milby:

Enclosed for filing among the papers of the above-captioned cause is the original and two copies of Defendant Patrice Barron's Answer to Plaintiff's Original Petition.

Very truly yours,

*Craig L. Weinstock / BB*

Craig L. Weinstock

CLW/cjg
Enclosure

cc:   **VIA E-MAIL and CERTIFIED MAIL
RETURN RECEIPT REQUESTED**
Nora Soto Gutierrez
5030 Kasper Street
Corpus Christi, Texas 78415
ngharrah@yahoo.com

7100 2039 1541 0009 6310

HOUSTON: 960000.40000: 1173635v1