IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORA SOTO GUTIERREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-0171 |
| SUSAN EISNER HIATT, SYLVIA R. GARCIA, and PATRICE BARRON, | § § § § | |
| Defendants. | § | |

## ORDER DENYING PLAINTIFF'S F.R.C.P. 60(b) MOTION FOR RELIEF FROM JUDGMENT OR ORDER

CAME ON TO BE CONSIDERED Plaintiff Nora Soto Gutierrez's F.R.C.P. Motion For Relief From Judgment Or Order (Dkt. #36). The Court, having considered the motion, the responses, if any, the pleadings on file herein, and the applicable law, finds that said motion is neither meritorious nor well-taken.

Accordingly, Plaintiff Nora Soto Gutierrez's F.R.C.P. Motion For Relief From Judgment Or Order (Dkt. #36) is hereby DENIED.

It is so ORDERED.

Signed on this the _____ day of _____, 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE