IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORA SOTO GUTIERREZ, | § | |
| PLAINTIFF | § § § | |
| vi. | § § § | CIVIL ACTION NO. H-07-0171 |
| SUSAN EISENER HIATT, SYLVIA R. GARCIA and PATRICE BARRON, | § § § § § | |
| DEFENDANTS. | § | |

### ORDER GRANTING DEFENDANT PATRICE BARRON'S MOTION TO DISMISS

Inst. No 54

CAME ON TO BE CONSIDERED Defendant Patrice Barron's Motion to Dismiss. The Court, having considered the motion, the response, the pleadings on file herein, and the applicable law, finds that said motion is meritorious and well-taken.

Accordingly, Defendant Patrice Barron's Motion to Dismiss is hereby GRANTED. Plaintiff Nora Sota Gutierrez, *pro se*'s claims against Defendant Patrice Barron are hereby dismissed with prejudice. Defendant Patrice Barron is hereby dismissed from this lawsuit.

It is so ORDERED.

Signed on this the 6th day of Nov. 2007.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

HOUSTON: 0960000.40000: 1208684v1